UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT SHARP,<br><br>    Plaintiff,<br>v.<br><br>JOHN DUSTIN CARR, et al.,<br><br>    Defendants. | Case No. 3:22-cv-0905<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

### ORDER

On May 18, 2023, Plaintiff Robert Sharp was directed to file a joint report regarding his related criminal proceedings and any other civil actions related to this case by June 15, 2023, and every 28 days thereafter. (Doc. No. 36.) No status report has been filed. Sharp is ORDERED to file the joint status report by June 23, 2023.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge